UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
ELLA MAE HELMER,

                Plaintiff,

                                        Civil Action No.
v.                                          6:16-CV-00388-ATB

CAROLYN W. COLVIN,                      CONSENT ORDER OF
ACTING COMMISSIONER OF             REMAND PURSUANT TO
SOCIAL SECURITY                             42 U.S.C. § 405(g)

                Defendant.
-------------------------------------------------------------x

     IT IS HEREBY STIPULATED AND AGREED by the undersigned attorneys for the parties in the above-titled action that this case be reversed and remanded to the Commissioner for further proceedings pursuant to the fourth sentence of 42 U.S.C. § 405(g).

     AND, the Court having reviewed the record in this matter;

     IT IS on this 13th day of December, 2016

     SO ORDERED.

                                                      HON. ANDREW T. BAXTER
                                                      United States Magistrate Judge

     The undersigned hereby consent to the form and entry of the within order.

                                                      RICHARD S. HARTUNIAN
                                                     United States Attorney
                                                     Northern District of New York

Dated: December 7, 2016       BY:    */s/Maria Fragassi Santangelo*
                                                   Maria Fragassi Santangelo
                                                   Special Assistant United States Attorney

        Bar Code No.
        c/o Social Security Administration
        26 Federal Plaza, Room 3904
        New York, New York 10278
        (212) 264-2303
        Maria.Fragassi@ssa.gov
        *Attorneys for Defendant*


Dated: December 12, 2016  BY: /s/ Louise M. Tarantino
           Louise M. Tarantino, Esq.
           Empire Justice Center
           Bar Code No. 505105
           119 Washington Avenue
           Albany, NY 12210
           (518) 462-6831
           ltarantino@empirejustice.org
           *Attorney for Plaintiff*